UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CRUISE LINES INTERNATIONAL
ASSOCIATION, INC., in her capacity as
County Finance Director of the County of
Kauai; et al.,

        Plaintiffs - Appellants,

UNITED STATES OF AMERICA,

        Intervenor-Plaintiff,

  v.

GARY S. SUGANUMA, in his capacity as
Director of Taxation for the State of Hawaii;
et al.,

        Defendants - Appellees.

No. 25-8057

D.C. No.
1:25-cv-00367-JAO-KJM
District of Hawaii,
Honolulu

ORDER

CRUISE LINES INTERNATIONAL
ASSOCIATION, INC.; et al.,

        Plaintiffs,

UNITED STATES OF AMERICA,

        Intervenor-Plaintiff -
Appellant,

  v.

GARY S. SUGANUMA, in his capacity as
Director of Taxation for the State of Hawaii;
et al.,

No. 25-8058

D.C. No.
1:25-cv-00367-JAO-KJM
District of Hawaii,
Honolulu

Defendants - Appellees.

Before: HURWITZ and BRESS, Circuit Judges.

The motions (Docket Entry No. 3 in No. 25-8057; Docket Entry No. 6 in No. 25-8508) for injunctive relief are granted. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court). Enforcement of Hawaii's Act 96 is enjoined pending resolution of these appeals, subject to further consideration by the merits panel.

These appeals are expedited. The clerk will place these cases on the next available calendar. *See* Gen. Ord. 3.3(f).

The existing briefing schedules in these appeals remain in effect.

No streamlined extensions of time will be approved under Ninth Circuit Rule 31-2.2(a). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).